UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT LEE SALINE,

                Petitioner,

v.

SCOTT SPEER,

                Respondent.

Case No. C25-5132-RSM-SKV

ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner's application to proceed with this federal habeas action *in forma pauperis* (Dkt. 1) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

DATED this 11th day of March, 2025.

                                              /s/ S. Kate Vaughan
                                              S. KATE VAUGHAN
                                              United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* - 1